UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
UNITED STATES OF AMERICA,    :
                                                             :
          -against-                       :                    19 Cr. 809 (WHP)
                                                             :
ANTHONY COLLIER,               :                    <u>ORDER</u>
                             Defendant.   :
------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

       This Court grants the defendant's application to release Anthony Collier subject to the following bail conditions:

1. The defendant shall execute a bond or an agreement to forfeit upon failing to appear as required, or for any violation of any condition(s) of release, the following sum of money/designated property: $50,000 bond to be secured by Toni Collier.

2. The defendant shall be subject to home incarceration enforced by location monitoring with the technology at the discretion of Pretrial Services. The defendant may leave his home for necessary medical treatment, meetings with counsel, court appearances and any other activities approved by Pretrial Services. The defendant shall pay the costs of location monitoring based on his ability to pay as determined by Pretrial Services.

3. The defendant shall not to leave the Southern District of New York until the location monitoring bracelet is placed on him.

4. The defendant shall self-quarantine for at least 14 days.

5. Within two weeks of defendant's release, the defendant shall purchase or secure an iPhone with Facetime capabilities for remote/virtual monitoring by Pretrial Services.

6. The defendant is subject to supervision as directed by Pretrial Services.

7. The defendant shall surrender all travel documents and make no new applications.

8. The defendant is restricted to the Southern District of Florida, the Southern District of New York and the Eastern District of New York, as well as districts in between as necessary to travel to and from Court/legal meetings.

9. The defendant shall not access the personal identifiable information of others.

10. The defendant shall not open any new bank accounts without the permission of Pretrial Services.

11. The defendant shall not access online financial information.

12. All of defendant's bail conditions must be met prior to her release.

13. This order shall be effective for a period not to exceed 60 days, at which time the need for continued release under the "compelling reason" that release was ordered shall be revisited by the Court.

Dated: March 30, 2020
      New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.