# BERNSTEIN CLARKE & MOSKOVITZ, PLLC

11 Park Place, Suite 914, New York, New York 10007 • Phone: (212) 321-0087 • Fax (917) 722-0930
www.bcmlaw.com

*Partners*
Andrew M. J. Bernstein
Lance A. Clarke
Joshua S. Moskovitz

April 6, 2020

By ECF

The Honorable William H. Pauley III
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> Application granted.  Conference adjourned to June 10, 2020 at 2:30 p.m.
> SO ORDERED:
>
> *[signature]*
> WILLIAM H. PAULEY III
> U.S.D.J.
>
> April 6, 2020

Re: United States v. Anthony Collier
    Criminal Docket No. 1:19-CR-00809-WHP

Dear Judge Pauley:

Mr. Collier is scheduled to appear before Your Honor tomorrow, April 7, 2020 at 2pm.

Due to the current Covid-19 pandemic, defense counsel respectfully requests Mr. Collier's matter be adjourned for 60 days to a date and time that is convenient for The Court.

Defense Counsel consents the time from the filing of this letter through the date set for the status conference be excluded for speedy trial calculations pursuant to 18 U.S.C. § 3161(h)(7)(A).

Defense Counsel submits the exclusion of time will be in the interest of justice as it will permit the review of discovery by the defendant and permit the parties to engage in discussions regarding a potential pretrial resolution.

The Government has consented to this request.

Respectfully submitted

*Lance Clarke*

Lance A. Clarke, Esq.
Bernstein Clarke & Moskovitz
11 Park Place, Suite 914
New York, New York 10007

cc: AUSA Andrew Rohrbach (ECF)
    AUSA Jonathan Rebold (ECF)