U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 29, 2020

**BY ECF**
Hon. William H. Pauley, III
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> Application granted.  Conference adjourned to August 11, 2020 at 11:00 a.m.  Time excluded in the interest of justice.
>
> SO ORDERED:
>
> /s/ William H. Pauley
> WILLIAM H. PAULEY III
> U.S.D.J.
>
> June 3, 2020

Re:   **United States v. Anthony Collier**, 19 CR 809 (WHP)

Dear Judge Pauley:

The Government respectfully requests that the initial conference in this case, currently scheduled for June 10, 2020, be adjourned for approximately six to eight weeks.

The parties are discussing a disposition of the case without the need for trial.  An adjournment of this length may permit the parties to complete those conversations.  The Government further requests that the Court waive all speedy trial time in the interests of justice.  *See* 18 U.S.C. § 3161(h)(7).  We have communicated with Lance Clarke, counsel for the defendant, who consents to these requests.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

by: _____/s/_____
Kiersten A. Fletcher
Jonathan E. Rebold
Andrew A. Rohrbach
Assistant United States Attorney
(212) 637-2345

CC: Lance Clarke, Esq. (by email)