# MEMO ENDORSED

UNIT.ED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
UNITED STATES OF AMERICA                                       :
        Plaintiff,
                                                   :   **1:19-CR-00809-WHP**
        - v. -
                                                     :
**ANTHONY COLLIER**
        Defendant                                                  :
-------------------------------------------------------------- X

### Request to Adjourn Court Date

Defendant, ANTHONY COLLIER respectfully moves this Court to adjourn the October 14, 2020 court date.

1. Mr. Collier has a scheduled conference set before Your Honor on October 14, 2020 at 11:00am.

2. Mr. Collier recently accepted a plea offer made by The Government and respectfully requests the matter be put over to October 28, 2020 for Mr. Collier to enter his plea.

3. Defense Counsel consents to the exclusion of time from the October 14, 2020 date to the date of the plea proceeding.

4. The Government consents to this request.

WHERFORE, Defendant respectfully requests Your Honor adjourn the October 14, 2020 conference date to October 28, 2020 for Mr. Collier to enter a plea.

cc: AUSA Andrew Rohrbach (ECF)
    AUSA Jonathan Rebold (ECF)

Date: October 13, 2020

Respectfully,

*Lance A. Clarke*

Lance A. Clarke, Esq.
Hamilton|Clarke, LLP
48 Wall Street, Suite 1100
New York, NY 10005
T: 212-729-0952
LC@HamiltonClarkeLLP.com

Application granted.  Conference adjourned to October 29, 2020 at 11:00 a.m.  Time excluded until October 29, 2020.

SO ORDERED:

WILLIAM H. PAULEY III
U.S.D.J.

October 14, 2020