UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
UNITED STATES OF AMERICA,                                   :
                                      Plaintiff,            :
                                                            :        19 Cr. 809-03 (LGS)
            -against-                                       :
                                                            :        SCHEDULING ORDER
ANTHONY COLLIER,                                            :
                                      Defendant,            :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

   WHEREAS this case has been reassigned to me for all purposes.

   WHEREAS a sentencing hearing is currently scheduled for September 14, 2021.  It is hereby

   **ORDERED** that the sentencing hearing is adjourned to **October 25, 2021, at 11:00 a.m.** in courtroom 1106 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007.  Defendant's pre-sentencing submission, if any, shall be filed on or before **October 4, 2021**.  The Government's pre-sentencing submission, if any, shall be filed by **October 7, 2021.**

   Members of the public may attend by dialing the audio-only line, (888) 363-4749, using Access Code 558-3333.

Dated: July 22, 2021
       New York, New York

                                                     _____
                                                     LORNA G. SCHOFIELD
                                                     **UNITED STATES DISTRICT JUDGE**