UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
  :
UNITED STATES OF AMERICA,                        :
  :
        -against-                                  :         19 Cr. 809-03 (LGS)
  :
ANTHONY COLLIER,                                 :         SCHEDULING ORDER
                            Defendant,      :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a sentencing hearing is currently scheduled for October 25, 2021, at 11:00 a.m.

WHEREAS, in light of the COVID-19 pandemic, counsel, Defendant and the Court cannot readily convene in person for Defendant's sentencing.  However, a defendant can knowingly and voluntarily waive his right to be physically present at sentencing.

WHEREAS on September 24, 2021, Defendant filed a letter waiving his physical appearance and seeking to adjourn the October 25, 2021, sentencing hearing. (Dkt. 90)

WHEREAS the Government does not object to Defendant's waiver of his physical appearance.  It is hereby

**ORDERED** that Defendant's pre-sentencing submission shall be filed on or before **December 16, 2021**.  The Government's pre-sentencing submission, shall be filed by **December 20, 2021.**  It is further

**ORDERED** that the sentencing hearing is adjourned to **January 11, 2021, at 12:00 p.m**. and will be conducted via videoconference.  Counsel for the Government and for Mr. Collier are directed to appear and will be provided with call-in instructions via email.  Members of the public may attend by dialing the audio-only line, (888) 363-4749, using Access Code 558-3333.  In the event the video technology does not function as expected, Defendant and counsel also shall call this number.

Dated: October 5, 2021
       New York, New York

                                                         LORNA G. SCHOFIELD
                                                         UNITED STATES DISTRICT JUDGE