

**PARTNERS**
Phillip C. Hamilton, Esq.
Lance A. Clarke, Esq.
Jason M. Clark, Esq.
William F. Guilford, Esq.

December 18, 2021

The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    *Re: United States v Anthony Collier, 1:19-CR-00809*

Dear Judge Schofield,

    On October 5, 2021, this court ordered defendant's pre-sentencing submission be filed on or before December 16, 2021, and the Government's pre-sentencing submission be filed by December 20, 2021.

    Defense counsel inadvertently calendared defendant's pre-sentencing submission for December 20th instead of December 16th and planned to file Defendant's submission on that date. It was brought to defense counsel's attention when the December 16th date passed, and defense submission were not filed.

    Defense counsel sincerely apologizes for the mistake and any inconvenience this may bring to The Court and The Government.

    Defense counsel respectfully request this court permit defense's pre-sentencing submission be filed by December 20th.

Respectfully,

*Lance A. Clarke*

Lance A. Clarke

---

Application Granted. Defendant's submission shall be filed by **December 20, 2021**. The Government's submission shall be filed by **December 28, 2021**. The Clerk of the Court is directed to terminate the letter motion at docket number 99.

Dated: December 20, 2021
New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**