UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
UNITED STATES OF AMERICA,                                   :
                                                            :
           -against-                                 :    19 Cr. 809-03 (LGS)
                                                            :
ANTHONY COLLIER,                                            :    <u>SCHEDULING ORDER</u>
                                             Defendant,    :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, a sentencing hearing is currently scheduled for January 11, 2022, at 12:00 p.m. It is hereby

    **ORDERED** that the sentencing hearing is adjourned to **January 11, 2022, at 4:15 p.m**. and will be conducted via videoconference. Counsel for the Government and for Mr. Collier are directed to appear and will be provided with call-in instructions via email. Members of the public may attend by dialing the audio-only line, (888) 363-4749, using Access Code 558-3333. In the event the video technology does not function as expected, Defendant and counsel also shall call this number.

Dated: January 6, 2022
       New York, New York

                                                             LORNA G. SCHOFIELD
                                                UNITED STATES DISTRICT JUDGE