```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                   :
UNITED STATES OF AMERICA                           :
                                                   :   CONSENT PRELIMINARY ORDER
           - v. -                                      OF FORFEITURE/
                                                   :   MONEY JUDGMENT
ANTHONY COLLIER,                                   :
                                                   :   19 Cr. 809 (LGS)
           Defendant.                              :
                                                   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

WHEREAS, on or about November 13, 2019, ANTHONY COLLIER (the "Defendant"), among others, was charged in an Indictment, 19 Cr. 809 (WHP) (the "Indictment"), with conspiracy to commit money laundering, in violation of Title 18, United States Code, Section 1956 (h) (Count One); money laundering, in violation of Title 18, United States Code, Sections 1956(a)(3)(B) and (2) (Count Two); and bank bribery conspiracy, in violation of Title 18, United States Code, Section 371 (Count Three);

WHEREAS, the Indictment included, *inter alia*, a forfeiture allegation as to Counts One and Two of the Indictment, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section 982(a)(1), of any and all property, real and personal, involved in the offenses, or any property traceable to such property, including but not limited to a sum of money in United States currency representing the amount of property involved in the offenses charged in Counts One and Two of the Indictment;

WHEREAS, on or about October 29, 2020, the Defendant pled guilty to Count Two of the Indictment, pursuant to a plea agreement with the Government, wherein the Defendant admitted the forfeiture allegation with respect to Count Two of the Indictment and agreed to forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(1), a sum of money

equal to $500 in United States currency representing property involved in Count Two of the Indictment;

WHEREAS, the Defendant consents to the entry of a money judgment in the amount of $500 in United States currency, representing the amount of property involved in the offense charged in Count Two of the Indictment; and

WHEREAS, the Defendant admits that, as a result of acts and/or omissions of the Defendant, the property involved in the offense charged in Count Two of the Indictment cannot be located upon the exercise of due diligence.

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Damian Williams, United States Attorney, Assistant United States Attorney, Andrew Rohrbach of counsel, and the Defendant, ANTHONY COLLIER and his counsel, Lance A. Clarke, Esq., that:

1. As a result of the offense charged in Count Two of the Indictment, to which the Defendant pled guilty, a money judgment in the amount of $500 in United States currency (the "Money Judgment"), representing the amount of property involved in the offense charged in Count Two of the Indictment, shall be entered against the Defendant.

2. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant, ANTHONY COLLIER, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3. All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, made payable, in this instance, to the United States Marshals Service, and delivered by mail to the United States Attorney's Office, Southern District of New

York, Attn: Money Laundering and Transnational Criminal Enterprises Unit, One St. Andrew's Plaza, New York, New York 10007 and shall indicate the Defendant's name and case number.

4. The United States Marshals Service is authorized to deposit the payments on the Money Judgment in the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5. Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.

6. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

7. The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

8. The signature page of this Consent Preliminary Order of Forfeiture/Money Judgment may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____          1/7/2022
    Andrew Rohrbach                      DATE
    Assistant United States Attorney
    One St. Andrew's Plaza
    New York, NY 10007
    (212) 637-2345


ANTHONY COLLIER


By:  Lance Clarke for Anthony Collier    12/29/21
     Anthony Collier                     DATE



By:  *Lance A. Clarke*                   12/29/21
     Lance A. Clarke, Esq.               DATE
     Attorney for Defendant
     48 Wall Street, Suite 1100
     New York, NY 10005


SO ORDERED:

                                         January 11, 2022
_____              DATE
    LORNA G. SCHOFIELD
    UNITED STATES DISTRICT JUDGE